UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

FEB 0 6 2009



CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| JOHN UNRUH II; NATHANIEL UNRUH; and AMY MILLER, individually and as Personal Representatives of the Estate of John Harold Unruh, Deceased; and MOLLIE EICHMAN, individually, | \* | CIV 06-4052 |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| vs. | \* | |
| | \* | JUDGMENT OF DISMISSAL |
| DAVISON COUNTY, SOUTH DAKOTA; HUTCHINSON COUNTY, SOUTH DAKOTA; DAVID MILES, individually and in his capacity as the Davison County Sheriff; DON RADEL, individually and in his capacity as Administrator of the Davison County Jail; CONNIE IRELAND, individually and in her capacity as a Davison County employee; GLEN ELLERTON, individually and in his capacity as a Davison County employee; JEFF MINER, individually and in his capacity as a Davison County employee; JERRY MCNARY, individually and in his capacity as a Davison County employee; CINDY VOYLES, individually and in her capacity as a Davison County employee; ROGER ERICKSON, individually and in his capacity as a Davison County employee; GINGER FAAS, individually and in her capacity as a Davison County employee; LINDA ALDRICH, individually and in her capacity as a Davison County employee; TOM KULM, individually and in his capacity as a Davison County employee; CAROL RADEL, individually and in her capacity as a Davison County employee; DEB GERING, individually and in her capacity as a Hutchinson County employee; and OTHER UNKNOWN PERSONS, | \* | |

individually and in their capacity as     *
employees of Hutchinson and Davison    *
Counties, South Dakota,             *
                                            *

                 Defendants.          *
                                            *

*****************************************************************************

Based upon the Stipulation for Dismissal, Doc. 144, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff is hereby dismissed upon the merits, with prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 6th day of February, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
DEPUTY

2